IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re O. WILLIAMS,

No. C 12-01408 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

/

    In two separate notices dated March 20, 2012, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and informed him that he must complete these documents within thirty days or his action would be dismissed. The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

    Plaintiff has not filed a completed civil rights complaint form or an IFP application. Instead, on May 15, 2012, he sent further correspondence to the Court describing incidents which occurred during his ongoing criminal proceedings and continued detention, as well as requesting that his public defender be investigated. (Docket no. 7.)

    Because more than thirty days have passed, and Plaintiff has not filed the necessary documents, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED:   5/25/12

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.12\Williams1408.DISIFP&noCPLT.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

O WILLIAMS,

   Plaintiff,

 v.

// et al,

   Defendant.
             /

Case Number: CV12-01408 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

O. Williams CC11D0004
Contra Costa West County Detention Facility
5555 Giant Highway
Richmond, CA 94806

Dated: May 25, 2012

            Richard W. Wieking, Clerk
            By: Lisa Clark, Deputy Clerk